IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OUROARTE JEWELRY INTERNATIONAL LLC, ARISTIDES FERREIRA FERNANDES FILHO** | : : : : | **CIVIL ACTION** |
| **v.** | : : | **NO.  23-3285** |
| **KRISTI NOEM,** *et al.* | : | |

# ORDER

**AND NOW**, this 21st day of April 2025, upon consideration of defendants' motion for summary judgment (DI 24), plaintiffs' response and cross motion for summary judgment (DI 25), defendants' response / reply (DI 26), and plaintiffs' reply (DI 27), and following oral argument on March 12, 2025 (DI 31), it is **ORDERED** that defendants' motion (DI 24) is **DENIED** and plaintiffs' motion is **GRANTED** in part and **DENIED** in part as detailed in the accompanying Memorandum.

**AND**, upon considering plaintiffs' unbriefed request for attorneys' fees under the Equal Access to Justice Act, plaintiffs' request is **DENIED** without prejudice.  Plaintiffs may refile a properly briefed motion for attorneys' fees no later than **May 2, 2025**.

The Clerk of Court shall **remand** the claims against all remaining defendants to the United States Citizenship and Immigration Services.  The Clerk of Court is directed to **close** this case for statistical purposes.

MURPHY, J.